UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GINGER K. GEOFFERY,

                              Plaintiff,

                                                              ORDER
        v.                                                         04-CV-570A

ADELPHIA COMMUNICATIONS CORP.,

                              Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On May 30, 2006, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion for summary judgment be granted as for plaintiff's erroneously alleged retaliation claims (the second and fourth causes of action) and granted as to the remaining claims.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion for summary judgment is granted as for plaintiff's erroneously alleged retaliation claims (the second and fourth causes of action) and granted as to the remaining claims.  The Clerk of Court is directed to take all steps necessary to close the case.

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: June 30, 2006